# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

April 15, 2024

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 04/16/2024

Hon. Vernon S. Broderick  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:  **United States v. Estiben Oliva.**  
            **22-CR-142 (VSB)**

Dear Judge Broderick:

    On October 13, 2022, your Honor granted my request to appoint Clara Kalhous, Esq., as associate counsel to Estiben Oliva pursuant to the Criminal Justice Act at the rate of $110 per hour for an initial period of 40 hours. *See* Dkt. #101. Your Honor granted leave to request additional hours for Ms. Kalhous, should the need arise. *Id.*

    Between that date and Mr. Oliva's sentencing hearing on April 11, 2024, Ms. Kalhous expended a total of 63.2 hours on Mr. Oliva's case in meetings and conferences with Mr. Oliva, reviewing discovery and performing other investigative work; and researching and drafting the sentencing memorandum submitted to the Court in anticipation of sentencing.

    Because Ms. Kalhous' work on Mr. Oliva's case was performed at my direction and request with regard only for the needs of the client, I respectfully ask the Court to approve the additional 23.2 hours that Ms. Kalhous spent on the case in excess of the October 13, 2022, authorization *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

2

Thank you for your consideration of this request and for continued courtesies to counsel.

> Respectfully,
> ____/s/_____
> Richard H. Rosenberg, Esq.

Cc:   All counsel (by ECF)